THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| RANDALL THOMAS NAVES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELLY SPARKS et al.,<br><br>　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:22-CV-46 JNP<br><br>District Judge Jill N. Parrish |

　　　　On July 25, 2023, the Court ordered Plaintiff within thirty days to show cause why the Complaint, (ECF No. 7), should not be dismissed with prejudice for failure to state a claim upon which relief may be granted, (ECF No. 20). The Court set forth a detailed analysis explaining the claims' invalidity. (*Id.*) Plaintiff has not responded and has not been heard from directly in this case since March 30, 2023. (ECF No. 18.) The analysis in the Order to Show Cause therefore stands unchallenged. (ECF No. 20.)

　　　　Based on that analysis, IT IS ORDERED that this action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C.S. § 1915(e)(2)(B)(ii) (2023).

　　　　DATED this 5th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JILL N. PARRISH
　　　　　　　　　　　　　　　　　　　　United States District Judge